### HINDS, Respondent, v. KELLOGG, Appellant.

*(Common Pleas of New York City and County, General Term.* June 1, 1891.)

On motion for reargument, or for leave to go to the court of appeals.
Argued before ALLEN, P. J., and BISCHOFF and PRYOR, JJ.
*I. N. Miller,* for appellant. *J. E. Ludden,* for respondent.
No opinion. Leave is granted to appellant to appeal to the court of appeals. See 13 N. Y. Supp. 922.

---

### MAYOR, ETC., OF NEW YORK, Respondent, v. EHRSAM, Appellant.

*(Common Pleas of New York City and County, General Term.* June 1, 1891.)

Appeal from third district court.
Argued before ALLEN, P. J., and BISCHOFF and PRYOR, JJ.
*Jas. Murphy,* for appellant. *L. Hanneman,* for respondent.
No opinion. Judgment affirmed, with costs.

---

### WATERMAN, Respondent, v. CHRISTIAN, Appellant.

*(Common Pleas of New York City and County, General Term.* June 1, 1891.)

Argued before ALLEN, P. J., and BISCHOFF and PRYOR, JJ.
*F. Bien,* for appellant. *G. C. Comstock,* for respondent.
No opinion. Motion to dismiss appeal denied, without costs, with leave to move at the special term.

---

### GRAY, Appellant, v. ALABAMA NAT. BANK, Respondent.

*(Common Pleas of New York City and County, General Term.* June 1, 1891.)

*Wm. B. Ellison,* for appellant. *T. F. Brownell,* for respondent.
No opinion. Motion for reargument or for leave to appeal to the court of appeals denied, with $10 costs. See 14 N. Y. Supp. 155.

---

### MEYER v. NEW YORK EL. R. CO. *et al.*

*(Superior Court of New York City, General Term.* May 4, 1891.)

Appeal from equity term.
Action by Henry L. Meyer against the New York Elevated Railroad Company and another. From a judgment for plaintiff, defendants appeal.
Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.
*Davies & Rapallo,* for appellants. *L. C. Dessar,* for respondent.

PER CURIAM. The judgment should be affirmed, with costs.